**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

ALISHA DEVILLA,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )        No. 4:26-cv-01119-CDP
                                         )
EAGLE POINT COMPANIES /                  )
EPCO LLC,                                )
                                         )
            Defendant.                   )

**MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff Alisha DeVilla's application to proceed in district court without prepayment of fees and costs (Doc. 2). Because Plaintiff has not answered all the questions on her application, the Court denies it without prejudice and orders her to either pay the $405 filing fee or file a completed application within 21 days. Also, the Court orders Plaintiff to file a copy of her charge of discrimination filed with the EEEOC within 21 days of the date of this Order.

I.      **Application to Proceed in District Court Without Prepaying Fees and Costs**

With her complaint, Plaintiff filed an application to proceed in district court without prepaying fees and costs. (Doc. 2). She has not answered question 5 on the form, requiring her to state whether she owns any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, and describe the property and its approximate value. Because Plaintiff has not answered this question, the Court cannot determine whether she is unable to pay the $405 filing fee. The Court denies without prejudice Plaintiff's application, and orders her to either pay the $405 filing fee or file a new, completed application within 21 days.

## II.      EEOC Charge of Discrimination

Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for alleged employment discrimination.  "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000).

Although Plaintiff has attached a copy of her right-to-sue letter to her complaint, she has not provided the Court with a copy of her EEOC charge of discrimination.  Consequently, the Court will order the Plaintiff to supplement the complaint by submitting a copy of her charge of discrimination within 21 days of the date of this Order so that the Court may ascertain whether Plaintiff's claims in her complaint are like or reasonably related to the claims outlined in her charge.  *Duncan v. Delta Consol. Indus., Inc.,* 371 F.3d 1020, 1024 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in district court without prepayment of fees and costs is **DENIED** without prejudice.  (Doc. 2)

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the $405 filing fee or file a complete application to proceed in district court without prepaying fees and costs within 21 days of the date of this Order.  The Clerk of Court shall mail Plaintiff the Court's form application to proceed in district court without prepaying fees and costs.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of her EEOC charge of discrimination within 21 days of the date of this Order.

-3-

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Court's Order will result in a dismissal of this action without prejudice and without further notice to Plaintiff.

Dated this 22nd day of July, 2026.

 

 

_____

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE