**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALISHA DEVILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-01119-CDP |
| | ) | |
| EAGLE POINT COMPANIES/EPCO LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Alisha DeVilla's (1) Application to Proceed in District Court Without Prepaying Fees and Costs (Doc. 5), and (2) Motions for Appointment of Counsel (Docs. 4, 7). Based on Plaintiff's financial information, her Application will be granted, and the Court will waive the filing fee.

Plaintiff's Motions for Appointment of Counsel will be denied at this time. In civil cases, a pro se litigant does not have a constitutional or statutory right to appointed counsel. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Rather, a district court may appoint counsel in a civil case if the court is "convinced that an indigent plaintiff has stated a non-frivolous claim…and where the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel." *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018). When determining whether to appoint counsel for an indigent litigant, a court considers relevant factors such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present his or her claim. *Phillips v. Jasper Cnty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006).

After reviewing these factors, the Court finds that the appointment of counsel is not warranted. Plaintiff has demonstrated, at this point, that she can adequately present her claims to the Court. Additionally, neither the factual nor the legal issues in this case appear to be complex. The Court will entertain future motions for appointment of counsel as the case progresses.

Additionally, the Court will order the Clerk of Court to issue process or cause process to issue upon Plaintiff's amended complaint as to Defendant Eagle Point Companies at the address of its registered agent: Drew A. Anderson, 75 Pearl Street, Portland, Maine 04101.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**. (Doc. 5)

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Appointment of Counsel and Affidavit in Support are **DENIED** without prejudice. (Docs. 4, 7).

**IT IS FURTHER ORDERED** that that the Clerk of Court shall issue process or cause process to issue upon Plaintiff's amended complaint as to Defendant Eagle Point Companies at the address of its registered agent: Drew A. Anderson, 75 Pearl Street, Portland, Maine 04101.

Dated this 15th day of September, 2026.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE